In the Western District of Virginia, Abingdon Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
APR 11 2022
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Pedro Loza, III

v.                                             Case # 1:21-CR-37

United States of America

Motion to Withdraw Guilty Plea of March 18, 2022

1) Petitioner, Pedro Loza III Respectively moves the Honorable Court to withdraw his Plea of Guilty on March 18, 2022.

2) Petitioner Avers that his plea was on impermissible misconduct by his Counsel of Record, Mr. Nicholas B. Compton of P.O. Box 1210 44 East Main Street Lebanon Virginia 24266

3) Petitioner further Avers that in addition to his Attorneys misconduct (Threats, lack of Communication) he was not made aware of any discovery until late Jan 28, 2022 thus not allowing himself the Ability-

to learn and investigate the charges made against him

4) Petitioner is innocent of the allegations against him

5) Petitioner does not have a total of understanding of the case

*P. Loza III*



5/31/2024

County of Washington, Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 1st day of April, 20 22 by
Pedro Loza, III
Laura Kay Randol
Notary Public
Reg.# 7891983
My commission expires 5/31/2024

Pedro Loza III
*P. Loza III*